JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> **ALFREDO SALMERON FRANCO, ET AL.**, <br><br> Defendants. | Case No.  ED CV 14-02102 WDK-PLA <br><br> **JUDGMENT** |

Judgment is hereby entered in favor of plaintiff J & J Sports Productions, Inc. and against defendants Alfredo Salmeron Franco, individually and doing business as Club 5 and Carmen Torres Franco, individually and doing business as Club 5 upon the Court's grant of summary judgment in favor of plaintiff.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Defendants Alfredo Salmeron Franco, individually and doing business as Club 5 and Carmen Torres Franco, individually and doing business as Club 5, shall pay the plaintiff, J & J Sports Productions, Inc., $4,800.00 in total damages.

IT IS FURTHER ORDERED that the Plaintiff shall serve, by United States mail or by telefax or by email, copies of this Judgment on counsel for the

1 | defendants or the pro se defendants in this matter.

Dated: June 23, 2016

_____
William Keller
United States District Judge